# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Stephen Compan<br>Attorney at Law, Bar No. 3044 | Case No. 2:21-ms-00074<br><br>ORDER OF SUSPENSION |

On September 20, 2021, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of September 22, 2021. The OSC provided Attorney Stephen Compan with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Attorney Compan. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Stephen Compan, Bar No. 3044, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 28th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 28th day of October 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Stephen Compan
>912 N. Eastern Ave.
>Las Vegas, NV 89101

Certified Mail No.: 7021 0950 0001 6737 2529

/s/ Lorena Q.
Deputy Clerk
United States District Court,
District of Nevada